IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY M. DUSON, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>COVENANT AVIATION SECURITY LLC, a California Limited Liability Corporation, COVENANT SERVICES WORLDWIDE LLC, a California Limited Liability Corporation, WORLDWIDE SECURITY SERVICES, LTD., a California corporation, WILLIAM HOLDEN, an individual, THERESA MALDONADO, an individual, CYNTHIA LUNNINGHAM, an individual, JIM BROWN, an individual, THOMAS LONG, an individual, AUDREY DEANE, an individual, GERRY BERRY, an individual, ROBERT COE, an individual, ED MCDONALD, an individual, and DOES 1–50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 04-04923 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

    It is the Court's understanding that a settlement was reached during a mediation session held on July 25, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **AUGUST 15, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

    **IT IS SO ORDERED.**

Dated: August 1, 2005

                                        WILLIAM ALSUP<br>                                        UNITED STATES DISTRICT JUDGE