1  JOSEPH A. SCHWACHTER, Bar No. 108124
   KURT R. BOCKES, Bar No. 171647
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.434.2302
5
   Attorneys for Defendants
6  COVENANT AVIATION SECURITY, LLC,
   COVENANT SERVICES WORLDWIDE, LLC and
7  WORLDWIDE SECURITY SERVICES LTD

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 TIFFANY M. DUSON,                    Case No.  C-04-4923-WHA

12             Plaintiff,               **STIPULATION FOR DISMISSAL**

13      v.

14 COVENANT AVIATION SECURITY LLC a
   California Limited Liability Corporation;
15 COVENANT SERVICES WORLDWIDE LLC,
   a California Limited Liability Corporation;
16 WORLDWIDE SECURITY SERVICES LTD, a
   California corporation; and DOES 1-50,
17 inclusive,

18             Defendants.

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action,

2   through their designated counsel, hereby stipulate to the dismissal as to all parties of all claims

3   presented by the complaint in this action, with prejudice.

4

5   Dated: August 4, 2005

6

7

8   LINNEA N. WILLIS
    ATTORNEY AT LAW

9   Attorney for Plaintiff
    TIFFANY M. DUSON

10

11

12  Dated: August 5, 2005

13

14

15  KURT R. BOCKES
    LITTLER MENDELSON

16  A Professional Corporation
    Attorneys for Defendants

17  COVENANT AVIATION SECURITY, LLC,
    COVENANT SERVICES WORLDWIDE,

18  LLC, AND WORLDWIDE SECURITY
    SERVICES LTD

19

20

21  Firmwide:80295134.1 046584.1011

22      The Clerk shall close the file.

23

24

25      August 16, 2005

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

**STIPULATION FOR DISMISSAL**                    2.                    **Case No. C-04-4923-WHA**

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA